**JS-6 (Admin)**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ORTIZ PAZ, an individual, | Case No.: 5:20-cv-01486-JGB-KKx |
| Plaintiff, | **ORDER STAYING CASE PENDING PLAINTIFF'S CRIMINAL PROCEEDINGS AND EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| COUNTY OF SAN BERNARDINO, OFFICER M. GUZZINO, an individual, OFFICER A. BALCAZAR, an individual, OFFICER A. CERITOS, an individual, and DOES 1-50, inclusive. | |
| Defendants. | |

IT IS HEREBY ORDERED, following stipulation of counsel as follows:

1. This civil lawsuit is stayed, pending the resolution of the criminal action against Plaintiff Jesus Ortiz Paz (People v. Jesus Ortiz Paz, San Bernardino County Superior Court case number MSB19008748), where the factual allegations raised in the criminal complaint relate to the factual allegations raised by Plaintiff Ortiz Paz in the instant civil action.

-1-

ORDER STAY CASE PENDING PLAINTIFF'S CRIMINAL PROCEEDINGS AND EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

2.   Within 14 days of the resolution of the criminal action, the parties will submit a joint report to the Court advising that the criminal case has been resolved and requesting that the stay of this civil action be lifted.

3.   The defendants will have 14 days after the stay of the case is lifted in which to file a response to the Complaint in this action.

IT IS SO ORDERED.

DATED: July 30, 2020

_____
Honorable Jesus G. Bernal
United States District Judge

ORDER STAY CASE PENDING PLAINTIFF'S CRIMINAL PROCEEDINGS AND EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT