**STEVEN J. ROTHANS – State Bar No. 106579**
**SCOTT J. CARPENTER – State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendants, City of San Bernardino, Officer Matthew Guzzino, Officer Alberto Balcazar and Officer Alex Cerritos

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ORTIZ PAZ, an individual, | Case No.: 5:20-cv-01486-JGB-KK |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| COUNTY OF SAN BERNARDINO, OFFICER M. GUZZINO, an individual, OFFICER A. BALCAZAR, an individual, OFFICER A. CERITOS, an individual, and DOES 1-50, inclusive. | Final Pre-Trial Conf.: Aug. 29, 2022<br>Trial: Sep. 13, 2022 |
| Defendants. | |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT, following discussions amongst counsel for plaintiff and defendants, the parties have reached a tentative settlement of the above-entitled action subject to the approval of the San Bernardino City Council.

If the settlement is approved, the parties expect that the settlement documents will be completed and that a stipulation to dismiss this action in its entirety, with prejudice, will be filed within 60 days.

///

| | | |
|---|---|---|
| 1 | DATED: August 15, 2022 | CARPENTER, ROTHANS & DUMONT LLP |

By:  /s/ *Scott J. Carpenter*
STEVEN J. ROTHANS
SCOTT J. CARPENTER
Attorneys for Defendants,
City of San Bernardino, Officers Matthew Guzzino, Alex Cerritos and Alberto Balcazar

NOTICE OF SETTLEMENT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 500 South Grand Avenue, 19th Floor, Los Angeles, California 90071.

On August 15, 2022, I served the foregoing document(s) described as

**NOTICE OF SETTLEMENT**

> Darren M. Richie, Esq.
> *darren@dre.law*
> Antonio Castillo III, Esq.
> *antonio@dre.law*
> Daniel Infuso, Esq.
> *daniel@dre.law*
> DRE LAW, A.P.C.
> 222 N. Canon Dr.
> Beverly Hills, CA 90210
> *Attorneys for Plaintiff*

BY ELECTRONIC SERVICE

☒ I caused the document to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on August 15, 2022, at Los Angeles, California.

I declare, under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

| Jennifer Burnier | /s/ Jennifer Burnier |
|---|---|
| Name | Signed |

NOTICE OF SETTLEMENT